IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DALE DRIGGERS,

        Appellant,

 v.                                   Case No.  5D16-4168

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed April 18, 2017

3.800 Appeal from the Circuit
Court for Putnam County,
Scott C. Dupont, Judge.

Dale Driggers, East Palatka, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.  *See State v. Richards*, 639 So. 2d 680, 681 (Fla. 2d DCA 1994).


COHEN, C.J., LAMBERT and EDWARDS, JJ., concur.